## Exhibit 1

**Budget**

46497690.3

**Global Aviation Holdings Inc.**
**Weekly Cash Flow Forecast**

| Week Ending | notes | 11/8/2013 | 11/15/2013 | 11/22/2013 | 11/29/2013 | 12/6/2013 | 12/13/2013 | 12/20/2013 | 12/27/2013 | 1/3/2014 | 1/10/2014 | 1/17/2014 | 1/24/2014 | 1/31/2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | | | | | | | | | | |
| Military | | 3,366,818 | 4,842,473 | 6,031,756 | 4,975,244 | 5,735,217 | 5,915,799 | 5,915,799 | 5,915,799 | 6,131,787 | 5,915,799 | 4,929,458 | 4,929,458 | 5,145,445 | 63,835,053 |
| Commercial | | 2,704,993 | 1,551,853 | 1,944,936 | 1,382,527 | 1,857,253 | 1,276,253 | 1,276,253 | 1,276,253 | 1,947,221 | 1,341,770 | 1,715,270 | 1,395,867 | 1,715,270 | 20,109,468 |
| Other | | 292,993 | (1,420,012) | 50,000 | 50,000 | 54,381 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 1,856,141 | 800,000 | 311,000 | 2,194,503 |
| Total Receipts | | 6,364,804 | 4,974,314 | 8,026,691 | 6,407,771 | 7,646,852 | 7,242,053 | 7,242,053 | 7,242,053 | 8,129,008 | 7,307,569 | 8,500,869 | 7,125,325 | 7,171,716 | 86,139,024 |
| **Disbursements:** | | | | | | | | | | | | | | | |
| Aircraft and Engine Leases | | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 226,250 | 0 | 4,648,477 | 245,000 | 47,250 | 5,273,227 |
| Maintenance | | 180,408 | 149,717 | 120,000 | 1,178,053 | 171,772 | 717,123 | 756,723 | 756,723 | 256,723 | 131,368 | 7,261,263 | 1,420,000 | 1,055,000 | 13,398,150 |
| Compensation and Benefits | | 1,552,313 | 2,119,846 | 1,733,998 | 1,438,408 | 2,037,930 | 1,698,584 | 1,883,827 | 1,883,827 | 1,278,709 | 2,417,287 | 1,555,917 | 2,107,804 | 618,512 | 20,443,136 |
| Fuel | | 5,883,781 | 1,701,470 | 5,771,354 | 1,560,409 | 1,560,409 | 1,560,409 | 5,581,747 | 5,581,747 | 1,525,575 | 1,525,575 | 1,525,575 | 1,525,575 | 5,801,764 | 35,523,644 |
| General | | 1,555,794 | 1,626,258 | 1,596,140 | 1,947,486 | 2,651,304 | 1,025,209 | 1,153,208 | 1,153,208 | 1,521,476 | 2,651,502 | 1,641,532 | 1,230,055 | 1,572,293 | 20,172,257 |
| Restructuring Professional Fees | | 0 | 0 | 0 | 0 | 300,000 | 0 | 0 | 0 | 15,000 | 285,000 | 816,000 | 0 | 15,000 | 1,431,000 |
| Total Disbursements | | 9,172,296 | 5,597,291 | 9,227,741 | 6,124,356 | 6,821,416 | 5,001,326 | 9,375,505 | 9,375,505 | 4,823,733 | 7,010,731 | 17,448,764 | 6,528,434 | 9,109,819 | 96,241,413 |
| Net Cash Flow | | (2,807,493) | (622,977) | (1,201,050) | 283,415 | 825,435 | 2,240,727 | (2,133,452) | (2,133,452) | 3,305,275 | 296,838 | (8,947,895) | 596,891 | (1,938,103) | (10,102,389) |
| | | | | | | | | | | | | | | | |
| **Debt Facility Balances** | | | | | | | | | | | | | | | |
| **Pre-Petition First Lien Facility** | | | | | | | | | | | | | | | |
| Beginning Balance | | 39,000,000 | 32,635,196 | 27,660,883 | 19,634,191 | 13,226,420 | 5,579,569 | - | - | - | - | - | - | - | 39,000,000 |
| Less: Post-Petition Receipts | | (6,364,804) | (4,974,314) | (8,026,691) | (6,407,771) | (7,646,852) | (5,579,569) | - | - | - | - | - | - | - | (39,000,000) |
| Ending Balance | | 32,635,196 | 27,660,883 | 19,634,191 | 13,226,420 | 5,579,569 | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | |
| **DIP Facility** | | | | | | | | | | | | | | | |
| Beginning Balance | | - | 6,767,609 | 12,364,900 | 21,592,642 | 27,722,052 | 34,543,468 | 37,882,309 | 40,015,762 | 40,015,762 | 36,717,516 | 36,717,516 | 36,420,678 | 45,368,573 | 44,771,681 |
| DIP Facility Fees | (1) | 510,000 | - | - | 5,054 | - | - | - | - | 7,029 | - | - | - | - | 522,083 |
| Excess Cash Sweep | (2) | (2,914,687) | - | - | - | - | - | - | - | - | - | - | - | - | (2,914,687) |
| Less: Receipts | (3) | - | - | - | - | - | (1,662,484) | (7,242,053) | (8,129,008) | (8,129,008) | (7,307,569) | (8,500,869) | (7,125,325) | (7,171,716) | (47,139,024) |
| Plus: Disbursements | | 9,172,296 | 5,597,291 | 9,227,741 | 6,124,356 | 6,821,416 | 5,001,326 | 9,375,505 | 9,375,505 | 4,823,733 | 7,010,731 | 17,448,764 | 6,528,434 | 9,109,819 | 96,241,413 |
| Ending Balance | | 6,767,609 | 12,364,900 | 21,592,642 | 27,722,052 | 34,543,468 | 37,882,309 | 40,015,762 | 40,015,762 | 36,717,516 | 36,420,678 | 45,368,573 | 44,771,681 | 46,709,785 | 46,709,785 |
| | | | | | | | | | | | | | | | |
| Total Pre-Petition and DIP Borrowings | | 39,402,806 | 40,025,783 | 41,226,833 | 40,948,472 | 40,123,037 | 37,882,309 | 40,015,762 | 40,015,762 | 36,717,516 | 36,420,678 | 45,368,573 | 44,771,681 | 46,709,785 | 46,709,785 |
| DIP Availability | (4) | 11,597,194 | 10,974,217 | 9,773,167 | 10,051,528 | 10,876,963 | 13,117,691 | 10,984,238 | 10,984,238 | 14,282,484 | 14,579,322 | 5,631,427 | 6,228,319 | 4,290,215 | 4,290,215 |
| | | | | | | | | | | | | | | | |
| **Cash** | | | | | | | | | | | | | | | |
| Beginning Balance | | 3,914,687 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 3,914,687 |
| Less: Excess Cash Sweep | (2) | (2,914,687) | - | - | - | - | - | - | - | - | - | - | - | - | (2,914,687) |
| Ending Balance | | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Cash Plus DIP Availability | | 12,597,194 | 11,974,217 | 10,773,167 | 11,051,528 | 11,876,963 | 14,117,691 | 11,984,238 | 11,984,238 | 15,282,484 | 15,579,322 | 6,631,427 | 7,228,319 | 5,290,215 | 5,290,215 |

**Notes**

(1) Includes 1.00% of total DIP Facility commitment (fully earned and payable on the Interim Facility Effective Date) and Unused Line Fee (0.75% per annum of unused borrowings) payable in arrears on a monthly basis
(2) Cash above $1 million swept to Cerberus controlled accounts to repay borrowings
(3) Post-petition receipts are first applied to repay Pre-Petition First Lien Facility and then to the DIP Facility
(4) Calculated as total DIP Facility ($51 million) less Pre-Petition First Lien Facility and net DIP Revolver borrowings outstanding; subject to budget and financial covenant limitations

**Global Aviation Holdings Inc.**
**Professional Fees Budget**

| | | Professional Fees Budget | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Post Petition | | | | |
| Role | Provider | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Completion/ Tail Fees | 5-Month Total |
| **Debtor** | | | | | | | | |
| Bankruptcy Counsel | Haynes Boone | $ 500,000 | $ 300,000 | $ 300,000 | $ 250,000 | $ 450,000 | $ 200,000 | $ 2,000,000 |
| Regulatory Counsel | Zuckert, Scoutt | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 50,000 | 175,000 |
| Local Bankruptcy Counsel | Polisinelli | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 210,000 |
| Labor Counsel | Ford & Harrison | 100,000 | 50,000 | 25,000 | - | - | - | 175,000 |
| Fin'l Advisor | Imperial Capital | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 1,187,500 | 1,812,500 |
| Claims Agent | KCC | 75,000 | 50,000 | 25,000 | 25,000 | 75,000 | 50,000 | 300,000 |
| Tax / Accounting | Ernst & Young | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | - | 250,000 |
| Aircraft Lease Advisor | Worldwide Aero | 100,000 | 100,000 | 50,000 | - | - | - | 250,000 |
| Expenses | | 50,000 | 25,000 | 12,500 | 12,500 | 25,000 | 50,000 | 175,000 |
| **UCC** | | | | | | | | |
| Legal | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | | 250,000 |
| Fin'l Advisor | | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | | 175,000 |
| US Trustee | | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 90,000 |
| **Total Professional Fees / Expenses** | | $ 1,160,000 | $ 860,000 | $ 747,500 | $ 622,500 | $ 885,000 | $ 1,587,500 | $ 5,862,500 |