IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| GLOBAL AVIATION HOLDINGS INC., ET AL.[1] | § | Case No. 13-12945 (MFW) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Re: Docket No. 478 |

### AGREED ORDER RESOLVING AEROTURBINE, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Upon the motion (the "Motion") of AeroTurbine, Inc. ("ATI") for entry of an order (this "Order") pursuant to 11 U.S.C. §§ 105, 365, and 503 and Fed. R. Bankr. P. 1019(6) allowing ATI administrative expense claims against the Debtors' estates for unpaid post-petition obligations arising under Aircraft Engine Lease ESN 702-469 (the "Engine Lease"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and the Court being apprised of the agreement of ATI and the Debtors to the form of this Order to resolve the Motion; and upon consideration of the agreement of the parties and the record of all proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, include: Global Aviation Holdings Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

H-1039904_1                                1

1. The Motion is granted to the extent set forth herein.

2. Pursuant to 11 U.S.C. § 503(b)(1), ATI is allowed an administrative expense claim against the estate of World Airways, Inc. for unpaid post-petition obligations arising under the Engine Lease in the amount of $385,792.59 (the "Administrative Claim").

3. ATI agrees that it will not seek payment of the Administrative Claim until the confirmation of a plan of reorganization or the conversion of the Debtors' Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code in accordance with the payment of other administrative claims.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: 5/21/14

The Honorable Mary F. Walrath
United States Bankruptcy Judge