IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| GLOBAL AVIATION HOLDINGS INC., ET AL.[1] | § | Case No. 13-12945 (MFW) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Re: Docket No. 645 |

### ORDER APPROVING STIPULATION WITH THE UNITED STATES AND MODIFYING THE AUTOMATIC STAY TO PERMIT SETOFF

Upon the Motion of the Debtors for Entry of an Order Approving Stipulation with the United States and Modifying the Automatic Stay to Permit Setoff (the "Motion");[2] and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted and approved in all respects.

2. The Setoff Stipulation attached to the Motion as Exhibit A is approved.

3. Pursuant to Section 362(d) of the Bankruptcy Code, the automatic stay is modified to the extent necessary to permit the United States to perform the offsets contemplated by the Setoff Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, include: Global Aviation Holdings Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

1

48331510.1

4.  This Order shall be enforceable and effective immediately upon entry.

5.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

DATED: July 23, 2014

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

48331510.1