# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| GLOBAL AVIATION HOLDINGS, INC., *et al.*[1] | Case No. 13-12945 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF
## CLAIM NUMBER 651 FILED BY WELLS FARGO BANK N.A.

**PLEASE TAKE NOTICE** that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Wells Fargo Bank, N.A., hereby withdraws its proof of claim number 651 filed on February 10, 2015 in the above-captioned chapter 7 case without prejudice.

Dated: May 5, 2015

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (DE Bar No. 2378)
Kevin J. Mangan (DE Bar No. 3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone: 302-252-4320
Facsimile: 302-252-4330
E-mail:  fmonaco@wcsr.com
E-mail:  kmangan@wcsr.com

*Counsel for Wells Fargo Bank, N.A.*

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

WCSR 34136817v1