IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLOBAL AVIATION HOLDINGS, INC., et al.,[1] | ) ) | Case No. 13-12945 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

Re: DI # 1052

## ORDER GRANTING FIRST INTERIM (NON-CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM SEPTEMBER 30, 2014 THROUGH DECEMBER 31, 2015

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a First Interim (non-contingent fee matters) application for allowance of compensation and reimbursement of expenses for September 30, 2014 through December 31, 2015 (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

ORDERED that the First Interim Application is GRANTED, on an interim basis. Fees in the amount of $161,646.00, and costs in the amount of $30,806.11, are allowed on an interim basis for a total of $192,452.11 for services rendered and disbursements incurred by PSZ&J for the period September 30, 2014 through December 31, 2015.

Dated: 2/24/16

The Honorable Mary F. Walrath
United States Bankruptcy Judge