# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al.,*[1]<br><br>                   Debtors. | )<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Case No. 13-12945 (MFW)<br>Jointly Administered |
| ALFRED T. GIULIANO, Chapter 7 Trustee of Global Aviation Holdings, Inc., *et al.,*<br><br>                   Plaintiff<br><br>    v. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Re: Docket No. 1062 |
| AeroTurbine, Inc., | ) | Adv. Pro. No. N/A |
| Avcom Avionics & Instruments, Inc., | ) | Adv. Pro. No. N/A |
| Chemoil Corporation, | ) | Adv. Pro. No. 16-50011 (MFW) |
| ELP Aviation LLC, | ) | Adv. Pro. No. N/A |
| Gate Gourmet, Inc. | ) | Adv. Pro. No. N/A |
| GA Telesis, LLC, | ) | Adv. Pro. No. N/A |
| The Goodyear Tire & Rubber Company, | ) | Adv. Pro. No. N/A |
| The Gourmet Gang, | ) | Adv. Pro. No. N/A |
| Honeywell International Inc., | ) | Adv. Pro. No. 15-51556 (MFW) |
| Irving Oil Terminals Inc., | ) | Adv. Pro. No. 15-51660 (MFW) |
| JLT Aerospace (North America) Inc., | ) | Adv. Pro. No. N/A |
| Kapco Global, | ) | Adv. Pro. No. N/A |
| Landmark Aviation Aircraft Sales, LLC, | ) | Adv. Pro. No. 15-51885 (MFW) |
| Miami Tech Aircraft Maintenance, Inc., | ) | Adv. Pro. No. N/A |
| MNM Aircraft Component Holdings (Mach 2), | ) | Adv. Pro. No. N/A |
| Paetec Communications, Inc., | ) | Adv. Pro. No. N/A |
| Pan Am International Flight Academy, Inc., | ) | Adv. Pro. No. N/A |
| Robert Half Technology, | ) | Adv. Pro. No. 15-51661 (MFW) |
| Skytech Aviation, Inc., | ) | Adv. Pro. No. 15-51487 (MFW) |
| SSI (US) Inc., | ) | Adv. Pro. No. N/A |
| Transgroup Express, Inc., | ) | Adv. Pro. No. N/A |
| Ultramain Systems Inc., | ) | Adv. Pro. No. N/A |
| United Airlines, Inc., | ) | Adv. Pro. No. 15-51501 (MFW) |
|                    Defendants. | ) | |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

**NOTICE OF SUPPLEMENT TO**
**CHAPTER 7 TRUSTEE'S FIRST OMNIBUS MOTION UNDER**
**FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING SETTLEMENTS**

To:    (a) the Office of the United States Trustee; (b) all parties that have previously requested notice in these cases pursuant to Bankruptcy Rule 2002; and (c) each of the Defendants.

**PLEASE TAKE NOTICE** that on March 2, 2016, Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors, filed the *Chapter 7 Trustee's First Omnibus Motion Under Fed. R. Bankr. P. 9019 for an Order Approving Settlements* (the "Motion") [Docket No. 1062], with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. You were previously served with a copy of the Motion and Notice of the Motion. The Motion seeks approval of settlements with the twenty-three above captioned parties (the "Defendants").

**PLEASE TAKE FURTHER NOTICE** that, after further discussions with the Office of the United States Trustee, the Trustee hereby provides the following supplement to the Motion:

The chart below indicates the number of recoveries falling into the various categories. The first column reflects a percentage range of the Trustee's dollar recovery based on settlement payment received (not accounting for the value of the waiver of any filed, scheduled, or potential claim under 11 U.S.C. § 502(h)) as a percentage of demand amount net of all defenses per the Trustee's calculation. The second column reflects the number of recoveries from among the twenty-three Defendants falling in that range. In each case, the Trustee's calculation of potential recovery based on the defenses was disputed by the other party, which asserted a lower potential exposure based on its calculation of defenses. The chart does not attempt to account for costs of litigation, but such concerns—in addition to the defenses

2

asserted—were considered by the Trustee in the exercise of his business judgment in reaching a particular settlement, together with all other factors described in the Motion. The detail below is intended to be illustrative only of the range of settlements reached to date and should not be considered as necessarily illustrative of the probability of any future settlement falling within a particular range.

| Settlement amounts as percentage of trustee's calculation of preference liability after taking account of all defenses. | Number of the 23 matters being settled pursuant to this motion in such category. |
|---|---|
| 81% or above | 17 |
| 61%-80% | 6 |
| 41%-60% | 0 |
| 21%-40% | 0 |
| 20% or less | 0 |

**PLEASE TAKE FURTHER NOTICE** that the objection deadline and hearing date previously noticed in connection with the Motion remain unchanged by this supplement.

Dated: March 15, 2016

PACHULSKI STANG ZIEHL & JONES LLP

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Michael R. Seidl (DE Bar No. 3889)
Jeffrey P. Nolan (CA Bar No. 158923)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    bsandler@pszjlaw.com
           acaine@pszjlaw.com
           mseidl@pszjlaw.com
           jnolan@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee