IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLOBAL AVIATION HOLDINGS, | ) | Case No. 13-12945 (MFW) |
| INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

*Re: 1130*

**ORDER GRANTING SECOND INTERIM
(CONTINGENT FEE MATTERS) APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS
COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD
FROM SEPTEMBER 30, 2014 THROUGH FEBRUARY 28, 2017**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7

Trustee in the above-captioned cases, filed a Second Interim (Contingent Fee Matters)

application for allowance of compensation and reimbursement of expenses for September 30,

2014 through February 28, 2017 (the "Second Interim (Contingent Fee Matters) Application").

The Court has reviewed the Second Interim (Contingent Fee Matters) Application and finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice

of the Second Interim (Contingent Fee Matters) Application, and any hearing on the Second

Interim (Contingent Fee Matters) Application, was adequate under the circumstances; and (c) all

persons with standing have been afforded the opportunity to be heard on the Second Interim

(Contingent Fee Matters) Application.  Accordingly, it is hereby

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, include: Global Aviation Holdings Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276).  The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

DOCS_DE:210263.2 31267/002

ORDERED that the Second Interim (Contingent Fee Matters) Application is

GRANTED, on an interim basis.  Fees in the amount of $520,083.70, and costs in the amount of

$682.63, are allowed on an interim basis.  The Chapter 7 Trustee in the above cases shall pay to

PSZ&J the sum of $520,083.70 as compensation and $682.63 as reimbursement of expenses, for

a total of $520,766.33 for services rendered and disbursements incurred by PSZ&J for the period

September 30, 2014 through February 28, 2017.

Dated: 5/22/17

The Honorable Mary F. Walrath
United States Bankruptcy Judge