IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLOBAL AVIATION HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 13-12945 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

RE: 1131

## ORDER GRANTING THIRD INTERIM (NON-CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JANUARY 1, 2016 THROUGH FEBRUARY 28, 2017

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Third Interim (non-contingent fee matters) application for allowance of compensation and reimbursement of expenses for January 1, 2016 through February 28, 2017 (the "Third Interim Application"). The Court has reviewed the Third Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Interim Application, and any hearing on the Third Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Interim Application. Accordingly, it is hereby

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, include: Global Aviation Holdings Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

DOCS_DE:213077.1 31267/001

ORDERED that the Third Interim Application is GRANTED, on an interim basis. Fees in the amount of $116,554.00, and costs in the amount of $21,448.68, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $116,554.00 as compensation and $21,448.68 as reimbursement of expenses, for a total of $138,002.68 for services rendered and disbursements incurred by PSZ&J for the period January 1, 2016 through February 28, 2017.

Dated: 5/22/17

The Honorable Mary F. Walrath
United States Bankruptcy Judge