IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLOBAL AVIATION HOLDINGS, INC., *et al.*,[1] | ) | Case No. 13-12945 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No.** _1161_ |

**ORDER GRANTING FOURTH INTERIM (NON-CONTINGENT FEE MATTERS)
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM MARCH 1, 2017 THROUGH DECEMBER 31, 2017**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7

Trustee in the above-captioned cases, filed a Fourth Interim (non-contingent fee matters)

application for allowance of compensation and reimbursement of expenses for March 1, 2017

through December 31, 2017 (the "Fourth Interim Application"). The Court has reviewed the

Fourth Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Interim Application, and any hearing on

the Fourth Interim Application, was adequate under the circumstances; and (c) all persons with

standing have been afforded the opportunity to be heard on the Fourth Interim Application.

Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.

DOCS_DE:217466.1 31267/001

ORDERED that the Fourth Interim Application is GRANTED, on an interim basis. Fees in the amount of $83,183.00, and costs in the amount of $5,472.29, are allowed on an interim basis.  The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $83,183.00 as compensation and $5,472.29 as reimbursement of expenses, for a total of $88,655.29 for services rendered and disbursements incurred by PSZ&J for the period March 1, 2017 through December 31, 2017.

Dated: _Feb 12_, 2018

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge