# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Global Aviation Holdings Inc.  
101 World Drive  
Peachtree City, GA 30269  
  **EIN:** 20–4222196

**Chapter:** 7

**Case No.:** 13–12945–MFW

## ORDER SETTING STATUS CONFERENCE

    IT IS ORDERED that a Status Conference will be held on 9/5/18 , at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801 . Debtor's Counsel is required to attend the hearing.

*Mary F. Walrath*  
Mary F. Walrath  
Bankruptcy Judge

Dated: 8/13/18

(VAN–460)