# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: leeannem | Date Created: 8/13/2018 |
| Case: 13−12945−MFW | Form ID: van460 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee      USTPRegion03.WL.ECF@USDOJ.GOV
aty      Christopher A. Ward      cward@polsinelli.com
aty      Jane M. Leamy      jane.m.leamy@usdoj.gov
aty      Justin K. Edelson      jedelson@polsinelli.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Global Aviation Holdings Inc.      101 World Drive      Peachtree City, GA 30269

TOTAL: 1