# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Global Aviation Holdings Inc.<br>101 World Drive<br>Peachtree City, GA 30269<br>  **EIN:** 20–4222196 | **Chapter:** 7<br><br><br><br>**Case No.:** 13–12945–MFW |

## ORDER REQUIRING STATUS REPORT

   *AND NOW*, the case docket reflecting an extended period of inactivity of 180 days or longer,

***IT IS HEREBY ORDERED*** that pursuant to 11 U.S.C § 105(d)(1), counsel for the Trustee or the Trustee shall file a status report within 21 days of the date of this order.

                                              Mary F. Walrath
                                              Bankruptcy Judge

Dated: Wilmington, Delaware
       5/9/19