IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLOBAL AVIATION HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 13-12945 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | Re: Docket No. 1185 |

## ORDER GRANTING FIFTH INTERIM (NON-CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH JULY 31, 2019

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Fifth Interim (non-contingent fee matters) application for allowance of compensation and reimbursement of expenses for January 1, 2018 through July 31, 2019 (the "Fifth Interim Application"). The Court has reviewed the Fifth Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifth Interim Application, and any hearing on the Fifth Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Interim Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.

DOCS_DE:225261.1 31267/001

ORDERED that the Fifth Interim Application is GRANTED, on an interim basis. Fees in the amount of $88,678.00, and costs in the amount of $4,021.23, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $88,678.00 as compensation and $4,021.23 as reimbursement of expenses, for a total of $92,699.23 for services rendered and disbursements incurred by PSZ&J for the period January 1, 2018 through July 31, 2019.

**Dated: October 15th, 2019**
**Wilmington, Delaware**

DOCS_DE:225261.1 31267/001

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2