IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLOBAL AVIATION HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 13-12945 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | **Re: Docket No. 1210** |

# ORDER GRANTING SIXTH INTERIM (NON-CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH JUNE 30, 2020

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Sixth Interim (non-contingent fee matters) application for allowance of compensation and reimbursement of expenses for August 1, 2019 through June 30, 2020 (the "Sixth Interim Application"). The Court has reviewed the Sixth Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Sixth Interim Application, and any hearing on the Sixth Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Interim Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.

ORDERED that the Sixth Interim Application is GRANTED, on an interim basis. Fees in the amount of $54,110.50, and costs in the amount of $2,983.74, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $54,110.50 as compensation and $2,983.74 as reimbursement of expenses, for a total of $57,094.24 for services rendered and disbursements incurred by PSZ&J for the period August 1, 2019 through June 30, 2020.

**Dated: August 14th, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229914.1 31267/001                              2