IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al.*[1]<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 13-12945 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1199, 1201<br><br>Objection Deadline: August 2, 2021 at 4:00 p.m. (ET) |

**FEE NOTICE PURSUANT TO
ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO,
CHAPTER 7 TRUSTEE, FOR AN ORDER (I) PURSUANT TO BANKRUPTCY CODE
SECTIONS 327(A) AND 328(A), BANKRUPTCY RULES 2014(A) AND 2016,
AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN
ORION RECOVERY SERVICES, INC. AS COLLECTION AGENT, NUNC PRO TUNC
TO DECEMBER 27, 2019; AND (II) GRANTING WAIVER OF LOCAL RULE 2016-2**

To:　(a) the Office of the United States Trustee for the District of Delaware; and (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

　　　　**PLEASE TAKE NOTICE** that on January 31, 2020, Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors, filed the *Application of Alfred T. Giuliano, Chapter 7 Trustee, for an Order (I) Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Orion Recovery Services, Inc., as Collection Agent, Nunc Pro Tunc to December 27, 2019; and (II) Granting Waiver of Local Rule 2016-1* (the "Application") [Docket No. 1199], with the United States Bankruptcy Court for the District of Delaware, 824 Market

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.

Street, Wilmington, Delaware 19801 (the "Court").  On February 19, 2020, the Court entered an order granting the Application (the "Order") [Docket No. 1201] granting the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee, hereby files this fee notice ("Fee Notice") that Orion Recovery Services, Inc. ("Orion") as collection agent to pursue collection of miscellaneous remnant assets recoverable by the Debtors' estates, has recovered the amounts below and is entitled to the contingency fee recovery listed below:

| Type of Recovery: | Amount of Recovery: | Commission: | Recovery Fee: |
|---|---|---|---|
| Indiana Unclaimed Funds | $41,117.87 | 10% | $4,111.79 |

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Fee Notice must be made in writing and be filed with the Bankruptcy Court, on or before **August 2, 2021 at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Trustee: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19899-8705 (Courier 19801), Attn:  Bradford J. Sandler and Peter J. Keane (email: bsandler@pszjlaw.com, pkeane@pszjlaw.com); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington, DE  19801, Attn: Benjamin A. Hackman (email: benjamin.a.hackman@usdoj.gov)

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE NOTICE, THE TRUSTEE MAY PAY ORION ITS FEE PER THE APPLICATION AND ORDER.

Dated: July 21, 2021 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:       bsandler@pszjlaw.com
             pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

3