## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| GLOBAL AVIATION HOLDINGS, INC., *et al.,*[1] | Case No. 13-12945 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 1244, 1247** |

## CERTIFICATION OF COUNSEL REGARDING THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO CERTAIN CLAIMS (NO LIABILITY CLAIMS)

1.      On January 13, 2022, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Third Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (No Liability Claims)* (the "Objection") [Docket No. 1244].

2.      The deadline to respond to the Objection was January 27, 2022 at 4:00 p.m. Eastern Time.

3.      The Trustee received an informal response from the Department of Justice. The informal response was resolved without the need for any changes to the proposed order or Exhibit 1 filed with the Objection.

4.      On February 2, 2022, the Trustee filed the *Certification of Counsel Regarding Third Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (No Liability Claims)* [Docket No. 1247].

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276).

5.      On February 23, 2022 at 2:00 p.m. (Eastern Time), a hearing on the Objection was held on (the "Hearing").

6.      Attached hereto as **Exhibit A** is a proposed revised form of order (the "Proposed Order"), which attaches a revised Exhibit 1 to the Proposed Order.  No changes have been made to the Proposed Order.  Based on the Court's comments at the Hearing, the Trustee has revised Exhibit 1, removing proof of claim #641 (Rosica Popivanova) and adjusting proof of claims #458 and 459 (World (DE) QRS 16-95, Inc.) to allow the claim in the fixed amount asserted based on supporting documents of $11,353.57 as a general unsecured claim with the unliquidated balance disallowed.

7.      Attached hereto as **Exhibit B** is a blackline of the Proposed Order compared with the proposed order filed with the Objection.

8.      Accordingly, the Trustee requests entry of the Proposed Order at the Court's earliest convenience.

Dated:  February 28, 2022                    PACHULSKI STANG ZIEHL & JONES LLP


                                             */s/ Peter J. Keane*
                                             Bradford J. Sandler (DE Bar No. 4142)
                                             Peter J. Keane (DE Bar No. 5503)
                                             919 N. Market Street, 17th Floor
                                             Wilmington, DE  19801
                                             Telephone:  (302) 652-4100
                                             Facsimile:  (302) 652-4400
                                             Email:      bsandler@pszjlaw.com
                                                         pkeane@pszjlaw.com

                                             Counsel to Alfred T. Giuliano, Chapter 7 Trustee

DOCS_DE:238096.2 31267/001