**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al*.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-12945 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 4, 2022 AT 2:00 P.M. (ET)**

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER**

1. Fourth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclassify/Modify Claims) [Filed: 2/1/22] (Docket No. 1246).

    Response Deadline:    February 15, 2022 at 4:00 p.m. Eastern Time.  Extended to April 27, 2022 for AIG Property Casualty ("AIG").

    Responses Received:

    a)    Informal Response of AIG.

    Related Documents:

    a)    Notice of Submission of Proofs of Claim in Connection with the Fourth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclassify/Modify Claims) [Filed: 2/23/22] (Docket No. 1261).

    b)    Certification of Counsel Regarding Fourth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclassify/Modify Claims) [Filed: 3/7/22] (Docket No. 1273).

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

2

c) Revised Certification of Counsel Regarding Fourth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclassify/Modify Claims) [Filed: 3/17/22] (Docket No. 1275).

d) [Signed] Order Sustaining Fourth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclassify/Modify Claims) [Filed: 3/22/22] (Docket No. 1276).

Status:  This matter has been resolved with respect to the objection to proof of claim #672 filed by AIG.  An order and stipulation will be submitted under certification of counsel. An order has been entered on the remaining claims.

Dated:  May 2, 2022           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee