**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al.*[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 13-12945 (MFW)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO PROOFS OF
CLAIM FILED BY NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA AND CERTAIN OF ITS AFFILIATES**

Upon consideration of the *Stipulation Resolving Objection to Proofs of Claim Filed by National Union Fire Insurance Company of Pittsburgh, PA and Certain of its Affiliates* (the "Stipulation"), a copy of which is attached to this Order as **Exhibit A**, as agreed to by and between Alfred T. Giuliano (the "Trustee") as chapter 7 trustee for the estates of Global Aviation Holdings, Inc. and its related debtor affiliates (collectively, the "Debtors"), Cerberus Business Finance, LLC ("Cerberus"), National Union Fire Insurance Company of Pittsburgh, PA, AIG Assurance Company, AIG Specialty Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, New Hampshire Insurance Company, Southern Risk Specialists, and certain other entities related to AIG Property Casualty, Inc. (collectively, "AIG," and together with the Trustee, the "Parties");

IT IS HEREBY ORDERED THAT:

        1.      The Stipulation is approved.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276).

1

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

4. To the extent applicable, any stay imposed by the Bankruptcy Rules shall not apply.

Dated: May 4th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:238819.1 31267/001