IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :
In re                                                        :  Chapter 7
                                                             :
GLOBAL AVIATION HOLDINGS INC. et al.,                        :  Case No. 13-12945 (MFW)
                                                             :
         Debtors.[1]                                         :  (Jointly Administered)
------------------------------------------------------------ x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JACQUELINE MARCUS

**PLEASE TAKE NOTICE** that Jacqueline Marcus of the law firm Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 hereby respectfully withdraws her appearance as attorney for GE Capital Aviation Services LLC and GE Capital Aviation Services Limited, and requests removal from all notice lists, including the Master Service List, in the above-captioned bankruptcy proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Global Aviation Holdings Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors corporate address is 101 World Drive, Peachtree City, Georgia 30269.

WEIL:\98599784\1\99980.0218

Dated: May 12, 2022
       New York, New York

                              */s/ Mark D. Collins*
                              RICHARDS, LAYTON & FINGER, P.A.
                              Mark D. Collins (No. 2981)
                              One Rodney Square
                              920 N. King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 651-7700
                              Facsimile: (302) 651-7701

                              WEIL, GOTSHAL & MANGES LLP
                              Jacqueline Marcus (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              *Attorney for GE Capital Aviation Services LLC and*
                              *GE Capital Aviation Services Limited*

WEIL:\98599784\1\99980.0218