# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| GLOBAL AVIATION HOLDINGS, INC., *et al*.,[1] | Case No. 13-12945 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 22, 2022 AT 2:00 P.M. (ET)

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

## RESOLVED MATTER

1. Fifth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclass/Modify and No Liability Claims) [Filed: 5/18/22] (Docket No. 1287).

   Response Deadline:    June 1, 2022 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Certification of No Objection Regarding Fifth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclass/Modify and No Liability Claims) [Filed: 6/3/22] (Docket No. 1289).

   b) Notice of Submission of Proofs of Claim in Connection with the Fifth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclass/Modify and No Liability Claims) [Filed: 6/8/22] (Docket No. 1290).

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

2

    c)    [Signed] Order Sustaining Fifth Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Reduce/Reclass/Modify and No Liability Claims) [Filed: 6/16/22] (Docket No. 1293).

<u>Status</u>: The order has been entered. No hearing will be necessary.

Dated:  June 17, 2022        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

2