**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GLOBAL AVIATION HOLDINGS, et al.[1] | : | Case No. 13-12945 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: To Be Heard With TFR** |
| | : | **Objection Deadline: TBD** |

**NOTICE OF THIRD AND FINAL FEE APPLICATION OF GIULIANO MILLER AND COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (1) THE INTERIM PERIOD MARCH 1, 2021 THROUGH NOVEMBER 9, 2022 AND (2) THE FINAL PERIOD SEPTEMBER 30, 2014 THROUGH NOVEMBER 9, 2022**

TO: THE U.S. TRUSTEE AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that Giuliano Miller and Company, LLC, accountants to Alfred T. Giuliano, the Chapter 7 Trustee of the estates of the above-captioned debtors (the "Chapter 7 Trustee"), filed the ***Third and Final Fee Application by Giuliano Miller and Company, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Accountants to the Trustee for (1) The Interim Period March 1, 2021 Through November 9, 2022 and (2) The Final Period September 30, 2014 Through November 9, 2022*** (the "Application"). By the Application, Giuliano Miller and Company, LLC ("GMCO") seeks an interim allowance of fees in the amount of $21,811.00 and expenses in the amount of $198.84 for the interim period March 1, 2021 through November 9, 2022. GMCO also seeks these amounts, together with final approval of all fees previously allowed on an interim basis, for the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, include: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition, Inc. (1985); New ATA Investment, Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is: 101 World Drive, Peachtree City, GA 30269.

final period September 30, 2014 through November 9, 2022, for a total allowance of $542,783.50 in fees and $4,533.24 in expenses.

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **a date and time to be determined** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Application will be held on **the date and time with the Trustee's Final Report.**, before the Honorable Mary F. Walrath, United States Bankruptcy Chief Judge, 824 Market Street, Fifth Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

PACHULSKI STANG ZIEHL & JONES LLP

Dated: November 28, 2022

By: *__/s/ Peter J. Keane__*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee
for the estates of Global Aviation Holdings, *et al.*