UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:
GLOBAL AVIATION HOLDINGS INC.

Debtor.

Case No. 13-12945 MFW

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW,* upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $27,197.98 is reasonable compensation for the services in this case by Alfred T. Giuliano, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $590.37 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.