# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Global Aviation Holdings Inc. | |
| 101 World Drive | |
| Peachtree City, GA 30269 | |
| **EIN:** 20–4222196 | **Case No.:** 13–12945–MFW |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 1305 .

The Court has scheduled a hearing regarding this report for 4/19/2023 at 2:00pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 3/24/23

(VAN–485)