Hello,

Notices were sent to my **prior** address of **11 Rivendell Road, Marlborough, CT 06447**, regarding the following cases:

13-12945-MFW
13-12948-MFW
13-12949-MFW
13-12950-MFW

Please change my address relative to these matters as noted below.

Thank you,

Jeffrey Pitler
56 Douglas Road
Glastonbury, CT
06033
860-916-6522

FILED
2023 APR 10 AM 11:01
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE