Chiarelli
19 Keene St
Whiting, NJ 08759 -

4/6/23

US Bankruptcy Court - Delaware

FILED
2023 APR 11 AM 11:14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it May Concern —

I had letters forwarded from USPS due to a move last May. I spoke to someone in your office this morning who told me to change address with this letter.

Old address: 41 Ray St, Staten Island, NY 10312
New address: 19 Keene St, Whiting, NJ 08759.

This is in regards to four different letters in same envelope for the following case numbers:

13 - 12945 - MFW
13 - 12948 - MFW
13 - 12949 - MFW
13 - 12950 - MFW

I've been receiving three envelopes for this. Any questions, call me @ 347-466-8517 or email: offtwrk@aol.com

Sincerely
Patricia D. Chiarelli