IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLOBAL AVIATION HOLDINGS, | ) | Case No. 13-12945 (MFW) |
| INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 1299** |

**ORDER GRANTING TENTH INTERIM AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS
COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE TENTH FEE PERIOD FROM
JANUARY 1, 2022 THROUGH AUGUST 31, 2022 AND THE FINAL FEE PERIOD
FROM SEPTEMBER 30, 2014 THROUGH AUGUST 31, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Tenth Interim and Final application for allowance of compensation and reimbursement of expenses for the time period September 30, 2014 through August 31, 2022 (the "Final Fee Application").  The Court has reviewed the Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application.  Accordingly, it is hereby

ORDERED that the Final Fee Application is GRANTED, on a final basis.  Fees in the amount of $1,245,063.70, and costs in the amount of $79,225.74, are allowed on a final basis

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276).

for the period September 30, 2014 through August 31, 2022, and a total amount of $1,324,289.44 is allowed on a final basis as compensation for services after August 31, 2022 and through the date of the hearing on the Final Fee Application. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the unpaid amounts of such allowed fees and costs, comprising the sum of $446,780.00 as compensation and $26,288.32 as reimbursement of expenses, for a total of $473,068.32.

      ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 11th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE