TO THE COURT,

THIS PERTAINS TO GLOBAL AVIATION HOLDINGS, INC (EIN: 20-4222196)
     CASE No: 13-12945-MFW

I FORMERLY OWNED STOCK IN AMERICAN TRANS AIR, WHICH WAS LATER
TRANSFERRED TO GLOBAL AVIATION, AS THE SURVING ENTITY.
PLEASE NOTE MY CURRENT ADDRESS, WHICH HAS CHANGE SEVERAL TIMES SINCE
MY STOCK PURCHASE.     LINDA S. MOREAU   Linda S Moreau

MY SSN IS 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   I AM ENCLOSING 4 DOCUMENTS THAT WERE FORWARED HERE

FILED
2023 APR 18 AM 10: 51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE



# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:                                            Chapter: 7

Global Aviation Holdings Inc.
101 World Drive
Peachtree City, GA 30269
  **EIN:** 20–4222196                          Case No.: 13–12945–MFW

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

    PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final
Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 1305 .

    The Court has scheduled a hearing regarding this report for 4/19/2023 at 2:00pm at the U.S. Bankruptcy Court,
824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be
viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.


*Una O'Boyle*

Una O'Boyle, Clerk of Court


Dated: 3/24/23

(VAN–485)

028836                                    1840802 8864010



# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                          Chapter: 7

World Air Holdings, Inc.
101 World Drive
Peachtree City, GA 30269
 **EIN:** 20–2121036                       **Case No.:** 13–12948–MFW


### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 17 .

The Court has scheduled a hearing regarding this report for April 19, 2023 at 2:00 pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.


*Una O'Boyle*

Una O'Boyle, Clerk of Court


Dated: 3/24/23

(VAN–485)



# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                      Chapter: 7

World Airways, Inc.
101 World Drive
Peachtree City, GA 30269
  **EIN:** 94–1358276                              Case No.: 13–12949–MFW


### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)


    PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 26 .

    The Court has scheduled a hearing regarding this report for April 19, 2023 at 2:00 pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.


*Una O'Boyle*
_____

Una O'Boyle, Clerk of Court


Dated: 3/24/23

(VAN–485)



# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

North American Airlines, Inc.
101 World Drive
Peachtree City, GA 30269
**EIN:** 33–0358792

**Chapter:** 7

**Case No.:** 13–12950–MFW

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 113 .

The Court has scheduled a hearing regarding this report for April 19, 2023 at 2:00 pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 3/24/23

(VAN–485)

LINDA S. MOREAU
23053 WESTCHESTER BLVD APT G-312
PORT CHARLOTTE, FL 33980

FT MYERS FL 339
13 APR 2023 PM 4 L

19801-302499

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801